United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DICKSON ADETUYI,<br><br>    Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 13-cv-04273-MEJ<br><br>**ORDER REQUESTING CLARIFICATION RE: MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 26 |

Pending before the Court is Defendants' Motion for Summary Judgment, filed June 26, 2014. Dkt. No. 26. In both their Motion and Reply briefs, Defendants reference Plaintiff's DFEH closure letter as finding that he "did not or was unable to apply for the position in question." Mot. at 8:15, Reply at 2:5. However, the Court is unable to locate this quote in the DFEH closure letter provided by Defendants. *See* Req. for Judicial Notice, Ex. 10, Dkt. No. 28. Accordingly, the Court ORDERS Defendants to file a declaration by July 17, 2014, at 3:00 p.m., which provides a citation to the record in which this quote can be found. Defendants shall make no legal argument.

    **IT IS SO ORDERED.**

Dated: July 16, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge