UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DICKSON ADETUYI, | Case No. 13-cv-04273-MEJ |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

On August 7, 2014, the Court granted Defendant City and County of San Francisco's Motion for Summary Judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff Dickson Adetuyi. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 7, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge