AO 133    (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| DICKSON ADETUYI, Plaintiffs | ) | |
| | ) | |
| v. | ) | Case No.: C 13-04273 MEJ |
| CITY AND COUNTY OF SAN FRANCISCO, | ) | |
| Defendant | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  08/07/2014  against  Plaintiffs ,
                                                                *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................... | $ |
| Fees for service of summons and subpoena ............................................ | 121.93 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ..... | 2,492.20 |
| Fees and disbursements for printing ................................................... | |
| Fees for witnesses *(itemize on page two)* ............................................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ........................................... | |
| Docket fees under 28 U.S.C. 1923 ..................................................... | |
| Costs as shown on Mandate of Court of Appeals ....................................... | |
| Compensation of court-appointed experts .............................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ........................................................ | |
| TOTAL  $ | 2,614.13 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑  Electronic service              ☐  First class mail, postage prepaid

☐  Other:  _____

s/ Attorney:  /s/Terence Howzell

Name of Attorney:  /Terence Howzell

For:  City & County of San Francisco                Date:  08/08/2014
      *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of  _____  and included in the judgment.

_____  By:  _____  _____
*Clerk of Court*              *Deputy Clerk*                *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**BONNIE WAGNER**
**COURT REPORTING SERVICE**
1819 Polk Street, #446
San Francisco, CA 94109
(415) 982-4849
TAX ID 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

# Invoice

| Date | Invoice # |
|---|---|
| 6/2/2014 | 184991 |

**Bill To**

Terence Howzell
Deputy City Attorney
Office of the City Attorney
1390 Market Street, 5th Floor
San Francisco, CA 94102

**Case**

Dickson Adetuyi vs CCSF, et al
U.S. District Court, Northern District
Case No. C-13-04273-MEJ

| Description | Amount |
|---|---|
| Deposition of Dickson Adetuyi | |
| Reported on 4-24-14 | |
| Original and one copy (131 Pages) | 681.20 |
| Exhibits (58 B/W;58 Pages Scanned) | 46.40 |

OK TO PAY
FILE #: 140308
BY: [signature] 7/2/14

| Total | $727.60 |
|---|---|

# INVOICE

Miller & Company Reporters
550 Battery Street
Suite 1420
San Francisco, CA  94111
Phone:415-956-6405   Fax:415-956-0440

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 65061 | 6/6/2014 | 13654 |
| Job Date | Case No. | |
| 5/16/2014 | C13-04273-MEJ | |

**Case Name**

Dickson Adetuyi vs. City And County of San Francisco

**Payment Terms**

PLEASE PAY WITHIN 30 DAYS

Terence J. Howzell, Esq.
Office of the City Attorney
1390 Market Street, 6th Floor
San Francisco, CA  94102

CERTIFIED TRANSCRIPT OF:

Elaine Lee                                                                                               428.00

TOTAL DUE >>>                    $428.00

WE THANK YOU FOR YOUR PROMPT PAYMENT!
If invoice is not paid within 30 days, interest of 10% per year may be added.

Online scheduling at www.millerreporters.com

OK TO PAY
File #: 140308
By [signature]  DATE 6/11/14

**Tax ID:** 20-8450119                                                                 Phone: 415-554-3800   Fax:554-3837

*Please detach bottom portion and return with payment.*

Terence J. Howzell, Esq.
Office of the City Attorney
1390 Market Street, 6th Floor
San Francisco, CA  94102

Invoice No.   : 65061
Invoice Date  : 6/6/2014
**Total Due**     : **$ 428.00**

Remit To: **Miller & Company Reporters**
**880 Apollo Street**
**Suite 352**
**El Segundo, CA  90245**

Job No.     : 13654
BU ID       : SFO
Case No.    : C13-04273-MEJ
Case Name   : Dickson Adetuyi vs. City And County of San Francisco

# INVOICE

Miller & Company Reporters
550 Battery Street
Suite 1420
San Francisco, CA  94111
Phone: 415-956-6405   Fax: 415-956-0440

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 65030 | 4/29/2014 | 13630 |
| Job Date | Case No. | |
| 4/22/2014 | C13-04273-MEJ | |

**Case Name**

Dickson Adetuyi vs. City And County of San Francisco

**Payment Terms**

PLEASE PAY WITHIN 30 DAYS

Terence J. Howzell, Esq.
Office of the City Attorney
1390 Market Street, 6th Floor
San Francisco, CA  94102

CERTIFIED TRANSCRIPT OF:

   Fatima Lau                                                              177.00

                                           **TOTAL DUE >>>**         **$177.00**

WE THANK YOU FOR YOUR PROMPT PAYMENT!
If invoice is not paid within 30 days, interest of 10% per year may be added.

Online scheduling at www.millerreporters.com

OK TO PAY
File #: 140308
By: [signature]   DATE 5/6/14

**Tax ID:** 20-8450119                          Phone: 415-554-3800   Fax: 554-3837

*Please detach bottom portion and return with payment.*

Terence J. Howzell, Esq.
Office of the City Attorney
1390 Market Street, 6th Floor
San Francisco, CA  94102

Invoice No.   : 65030
Invoice Date  : 4/29/2014
**Total Due**     : **$ 177.00**

Remit To: **Miller & Company Reporters**
          **880 Apollo Street**
          **Suite 352**
          **El Segundo, CA  90245**

Job No.    : 13630
BU ID      : SFO
Case No.   : C13-04273-MEJ
Case Name  : Dickson Adetuyi vs. City And County of San Francisco

# INVOICE

Miller & Company Reporters
550 Battery Street
Suite 1420
San Francisco, CA  94111
Phone:415-956-6405   Fax:415-956-0440

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 65010 | 4/4/2014 | 13620 |
| Job Date | Case No. | |
| 3/21/2014 | C13-04273-MEJ | |
| Case Name | | |
| Dickson Adetuyi vs. City And County of San Francisco | | |
| Payment Terms | | |
| PLEASE PAY WITHIN 30 DAYS | | |

Terence J. Howzell, Esq.
Office of the City Attorney
1390 Market Street, 6th Floor
San Francisco, CA  94102

CERTIFIED TRANSCRIPT OF:
　Vanda Baptista                                                                                   276.80
CERTIFIED TRANSCRIPT OF:
　Diane Wu                                                                                         255.00

　　　　　　　　　　　　　　　　　　　　　　　TOTAL DUE >>>              $531.80

WE THANK YOU FOR YOUR PROMPT PAYMENT!
If invoice is not paid within 30 days, interest of 10% per year may be added.

Online scheduling at www.millerreporters.com

OK TO PAY
File #: 16308
By: [signature] DATE 4/13/14

Tax I D: 20-8450119                                           Phone: 415-554-3800   Fax:554-3837

*Please detach bottom portion and return with payment.*

Terence J. Howzell, Esq.
Office of the City Attorney
1390 Market Street, 6th Floor
San Francisco, CA  94102

Invoice No.   : 65010
Invoice Date  : 4/4/2014
**Total Due**  : $ 531.80

Remit To:  Miller & Company Reporters
　　　　　880 Apollo Street
　　　　　Suite 352
　　　　　El Segundo, CA  90245

Job No.    : 13620
BU ID      : SFO
Case No.   : C13-04273-MEJ
Case Name  : Dickson Adetuyi vs. City And County of San Francisco

# INVOICE

Miller & Company Reporters
550 Battery Street
Suite 1420
San Francisco, CA 94111
Phone: 415-956-6405   Fax: 415-956-0440

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 65014 | 4/5/2014 | 13619 |
| Job Date | Case No. | |
| 3/20/2014 | C13-04273-MEJ | |

**Case Name**

Dickson Adetuyi vs. City And County of San Francisco

**Payment Terms**

PLEASE PAY WITHIN 30 DAYS

Terence J. Howzell, Esq.
Office of the City Attorney
1390 Market Street, 6th Floor
San Francisco, CA 94102

CERTIFIED TRANSCRIPT OF:
  Diana Guevara                                                             327.40
CERTIFIED TRANSCRIPT OF:
  Sheri Lee                                                                 300.40

TOTAL DUE >>>   $627.80

WE THANK YOU FOR YOUR PROMPT PAYMENT!
If invoice is not paid within 30 days, interest of 10% per year may be added.

Online scheduling at www.millerreporters.com

OK TO PAY
File #: 148308
By: [signature]   DATE 4/13/14

Tax I D: 20-8450119                                             Phone: 415-554-3800   Fax: 554-3837

*Please detach bottom portion and return with payment.*

Terence J. Howzell, Esq.
Office of the City Attorney
1390 Market Street, 6th Floor
San Francisco, CA 94102

Invoice No.  : 65014
Invoice Date : 4/5/2014
Total Due    : $ 627.80

Remit To: **Miller & Company Reporters**
          **880 Apollo Street**
          **Suite 352**
          **El Segundo, CA 90245**

Job No.    : 13619
BU ID      : SFO
Case No.   : C13-04273-MEJ
Case Name  : Dickson Adetuyi vs. City And County of San Francisco

# WESTCOAST LEGAL SERVICE

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

**INVOICE** WLS# 25310584-01

**BILL TO:**
San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.: 5544217
File No.: 140308
Claim No.:
Pltf/Appl: Dickson Adetuyi
vs Def: City and County of San Francisco
Court: UNITED STATES DISTRICT COURT
Case No.: 13-04273 MEJ

Records Pertain To: **Dickson Adetuyi**
Records From: **California Department of Fair Employment & Housing Elk Grove, CA**

**SHIP TO:**
Rafal Ofierski
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

IRS # 77-0009418

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Copies 14.00 | 2.10 |
| SALES TAX | .18 |
| | 57.78 |

**Notes:** DIGITAL RECORDS ONLY SENT PER CLIENT REQUEST

OK TO PAY
FILE # 140308
BY: [signature]   1/6/14

1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.

DATE: December 11, 2013   INVOICE NO.: 25310584-01

---

PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310584-01 | December 11, 2013 | 57.78 |

**PAYMENT CHOICE:**
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA / MasterCard (please circle)

Name on Card _____ Card Number _____ Exp. Date _____ Signature _____

**PLEASE REMIT TO:**
WestCoast Legal Service
A/R PROCESSING
1245 S WINCHESTER BLVD #208
SAN JOSE, CA 95128

WLS# 25310584-01

IRS # 77-0009418

# WLS WESTCOAST LEGAL SERVICE

1245 S Winchester Blvd #208, San Jose, CA 95128 (408) 292-8128

**INVOICE** WLS# 25310694-01

**BILL TO:**
San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.: 5544217
File No.: 140308
Claim No.:
Pltf/Appl: Dickson Adetuyi
vs Def: City and County of San Francisco
Court: UNITED STATES DISTRICT COURT
Case No.: 13-04273 MEJ

Records Pertain To: **Dickson Adetuyi**
Records From: **SEIU Local 1021 Oakland, CA**

**SHIP TO:**
Rafal Ofierski
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

IRS # 77-0009418

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Copies 53.00 | 7.95 |

OK TO PAY
FILE # 140208
BY: [signature] 1/21/14

**Notes:**
DIGITAL RECORDS ONLY SENT PER CLIENT REQUEST

1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.

| SALES TAX | .70 |
|---|---|

| DATE | January 9, 2014 | INVOICE NO. | 25310694-01 | | 64.15 |
|---|---|---|---|---|---|

---

PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310694-01 | January 9, 2014 | 64.15 |

**PAYMENT CHOICE:**
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA / MasterCard (please circle)

Name on Card _____  Card Number _____  Exp. Date _____  Signature _____

**PLEASE REMIT TO:**
**WestCoast Legal Service**
A/R PROCESSING
1245 S WINCHESTER BLVD #208
SAN JOSE, CA 95128

WLS# 25310694-01

IRS # 77-0009418