RICHARD M. ROGERS, #045843
LAW OFFICE OF RICHARD M. ROGERS
100 Bush Street, #1980
San Francisco, CA  94104
Telephone:    415/981-9788
Facsimile:     415/981-9798
Email:           RogersRMR@yahoo.com

Attorneys for Plaintiff
DICKSON ADETUYI

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DICKSON ADETUYI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　　Defendant. | Case No.: C13-04273-MEJ<br><br>Case filed:　　09/16/13<br>Trial date:　　12/15/14<br><br>STIPULATION AND [PROPOSED] ORDER RE COSTS |

The parties hereby stipulate to the following:

a. Plaintiff agrees to waive his right to appeal; and

b. Defendant agrees to waive costs of suit.

Dated: 8-12-14

Respectfully submitted,

LAW OFFICE OF RICHARD M. ROGERS

By: _____
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated: 8-18-14

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
TERENCE J. HOWZELL
Deputy City Attorneys

By: _____
TERENCE J. HOWZELL
Attorneys for Defendant

IT IS SO ORDERED.

Dated: August 18, 2014    By: _____
MARIA-ELENA JAMES
MAGISTRATE JUDGE OF THE US DISTRICT COURT